Official Form 1 (1/08)

# United States Bankruptcy Court
### DISTRICT OF NEW JERSEY

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Arthur Groom & Company, Inc., a New Jersey Corporation | **Name of Joint Debtor** (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>aka Arthur Groom & Company | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 3144 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>262 East Ridgewood Avenue<br>Ridgewood NJ<br>ZIPCODE 07450 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: Bergen | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>SAME<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): SAME | ZIPCODE |

**Type of Debtor** (Form of organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other  Retail

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [X] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (1/08)                                                                                                                      FORM B1, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> *Arthur Groom & Company, Inc., a New Jersey Corporation* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**      (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: <br> *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**      (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br> **X** _____ <br>     Signature of Attorney for Debtor(s)              Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Arthur Groom & Company, Inc.,<br>a Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X *[signed]*
Signature of Attorney for Debtor(s)

John P. Di Iorio
Printed Name of Attorney for Debtor(s)

Shapiro & Croland
Firm Name

411 Hackensack Avenue
Address

Hackensack NJ   07601

(201) 488-3900
Telephone Number

2/3/10
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed]*
Signature of Authorized Individual

Arthur Groom
Printed Name of Authorized Individual

President
Title of Authorized Individual

2/2/10
Date

CORPORATE RESOLUTION OF

ARTHUR GROOM & COMPANY, INC.

The undersigned sole director of Arthur Groom & Company, Inc., a New Jersey corporation (the "Corporation") does hereby certify that at a duly called meeting of the Board of Directors of the Corporation held on the _3_ day of February, 2010, the following resolutions were adopted, and they have not been modified or rescinded, and are still in full force and effect.

>   RESOLVED, that Arthur Groom & Company, Inc., file for protection and for reorganization pursuant to Chapter 11 of the United States Bankruptcy Code, a voluntary petition for reorganization in the United States Bankruptcy Court for the District of New Jersey, and Arthur Groom, President be and is hereby authorized to execute any and all documents, pleadings, etc. to effectuate the filing of such Petition; and it is
>
>   FURTHER RESOLVED, that Arthur Groom & Company, Inc., retain the services of Shapiro & Croland, Esqs., 411 Hackensack Avenue, Hackensack, New Jersey 07601, to prepare and file on its behalf and represent Arthur Groom & Company, Inc. in connection with an original reorganization petition pursuant to Chapter 11 of the United States Bankruptcy Code.

_____
ARTHUR GROOM, Director

Dated: February _3_, 2010

154496-1

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re  Arthur Groom & Company, Inc.  
   a  New Jersey Corporation  
     aka Arthur Groom & Company

Case No.  
Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS *

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>National City Comm'l Capital<br>995 Dalton Avenue<br>Cincinnati Ohio   45203 | Phone:<br>National City Comm'l Capital<br>995 Dalton Avenue<br>Cincinnati Ohio   45203 | | | $ 1,253,662.90 |
| 2<br>Lawrence Erlbaum<br>22 Forest Ridge Road<br>UpperSaddleRiver NJ   07458 | Phone:<br>Lawrence Erlbaum<br>22 Forest Ridge Road<br>UpperSaddleRiver NJ   07458 | | | $ 962,000.00 |
| 3<br>Bank of the West<br>P.O. Box 4002<br>Concord CA   94545-4002 | Phone:<br>Bank of the West<br>P.O. Box 4002<br>Concord CA   94545-4002 | | | $ 933,932.66 |
| 4<br>Sovereign Bank<br>P.O. Box 14833<br>Reading PA   19612 | Phone:<br>Sovereign Bank<br>P.O. Box 14833<br>Reading PA   19612 | | | $ 930,659.34 |
| 5<br>Wells Fargo Equipment Finance<br>733 Marquette Avenue<br>Suite 700<br>Minneapolis MN   55402 | Phone:<br>Wells Fargo Equipment Finance<br>733 Marquette Avenue<br>Suite 700<br>Minneapolis MN   55402 | | | $ 838,929.30 |

\* SEE ATTACHED RIDER

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Star Financial<br>P.O. Box 80508<br>Indianapolis IN   46280-0508 | Phone:<br>Star Financial<br>P.O. Box 80508<br>Indianapolis IN   46280-0508 | | | $ 788,592.00 |
| 7<br>BB&T Equipment Finance<br>5130 Parkway Plaza Boulevard<br>Charlotte NC   28217 | Phone:<br>BB&T Equipment Finance<br>5130 Parkway Plaza Boulevard<br>Charlotte NC   28217 | | | $ 785,840.00 |
| 8<br>Altec Capital Services, LLC<br>33 Inverness Center Parkway<br>Suite 200<br>Birmingham AL   35242 | Phone:<br>Altec Capital Services, LLC<br>33 Inverness Center Parkway<br>Suite 200<br>Birmingham AL   35242 | | | $ 768,591.00 |
| 9<br>Velocity Financial Group<br>10255 Higgins Raod<br>Suite 630<br>Rosemont IL   60018 | Phone:<br>Velocity Financial Group<br>10255 Higgins Raod<br>Suite 630<br>Rosemont IL   60018 | | | $ 735,890.54 |
| 10<br>Co-Activ Capital<br>655 Business Center Drive<br>Suite 250<br>Horsham PA   19044 | Phone:<br>Co-Activ Capital<br>655 Business Center Drive<br>Suite 250<br>Horsham PA   19044 | | | $ 587,250.00 |
| 11<br>Somerset Leasing<br>1087 Broad Street<br>Suite 301<br>Bridgeport CT   06604 | Phone:<br>Somerset Leasing<br>1087 Broad Street<br>Suite 301<br>Bridgeport CT   06604 | | | $ 582,894.00 |
| 12<br>West Suburban Bank<br>1310 Madrid Street<br>Suite 103<br>Marshall MN   56258 | Phone:<br>West Suburban Bank<br>1310 Madrid Street<br>Suite 103<br>Marshall MN   56258 | | | $ 554,796.00 |

_____,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>Susquehanna Commercial Finance<br>1566 Medical Drive<br>Suite 201<br>Pottstown PA  19464-0274 | Phone:<br>Susquehanna Commercial Finance<br>1566 Medical Drive<br>Suite 201<br>Pottstown PA  19464-0274 | | | $ 534,248.00 |
| 14<br>M&I Equipment Finance<br>250 E. Wisconsin Avenue<br>Suite 1400<br>Milwaukee WI  53202 | Phone:<br>M&I Equipment Finance<br>250 E. Wisconsin Avenue<br>Suite 1400<br>Milwaukee WI  53202 | | | $ 530,179.41 |
| 15<br>Burgeon Capital, LLC<br>740 Glen Cove Road<br>Glen Head NY  11545 | Phone:<br>Burgeon Capital, LLC<br>740 Glen Cove Road<br>Glen Head NY  11545 | | | $ 500,000.00 |
| 16<br>Republic Bank Inc.<br>801 North 500 West<br>Suite 103<br>West Bountiful Utah  84087 | Phone:<br>Republic Bank Inc.<br>801 North 500 West<br>Suite 103<br>West Bountiful Utah  84087 | | | $ 478,161.00 |
| 17<br>OFC Capital Corporation<br>576 Colonial Park Drive<br>Suite 200<br>Roswell GA  30075 | Phone:<br>OFC Capital Corporation<br>576 Colonial Park Drive<br>Suite 200<br>Roswell GA  30075 | | | $ 459,282.86 |
| 18<br>Alliance Leasing<br>10255 Higgins Road<br>Suite 630<br>Rosemont IL  60018 | Phone:<br>Alliance Leasing<br>10255 Higgins Road<br>Suite 630<br>Rosemont IL  60018 | | | $ 453,625.20 |
| 19<br>GE Capital Leasing<br>10 Riverview Drive<br>Danbury CT  06810 | Phone:<br>GE Capital Leasing<br>10 Riverview Drive<br>Danbury CT  06810 | | | $ 440,690.76 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 20<br>Prime Alliance Bank, Inc.<br>1868 South 500 West<br>Woods Cross Utah  84087 | Phone:<br>Prime Alliance<br>1868 South 500 West<br>Woods Cross Utah  84087 | | | $ 411,682.70 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Arthur Groom*                                  , *President*            of the *Corporation*         named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *2/3/10*                Signature */s/ Arthur Groom*
                              Name: *Arthur Groom*
                              Title: *President*

## **RIDER**
In re: Arthur Groom & Company, Inc.
Case No. 10-

Many of the creditors in this list claim a security interest in certain emerald enhancing equipment (the "Equipment"). The Equipment was appraised prior to the filing as having a negligible value and, therefore, Debtor believes that creditors claiming a security interest in the Equipment have claims which are substantially unsecured pursuant to section 506(a) of the Bankruptcy Code.

Certain of the creditors on this list claim a security interest in all of Debtor's assets. Any such security interest is subordinate to the first priority lien of TD Bank, N.A., which is owed the approximate principal balance of $2,236,000. According to the pre-petition appraisal, referred to above, the value of Debtor's assets did not exceed the amount due TD Bank, N.A. Therefore, Debtor believes the claim of any of the creditors in this list claiming a security interest in all of Debtor's assets is substantially unsecured pursuant to section 506(a) of the Bankruptcy Code.

154685-1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re *Arthur Groom & Company, Inc.,*
   a  *Corporation*
   aka *Arthur Groom & Company*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor: *John P. Di Iorio*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: 2/2/10

_____
Debtor

ACC Capital
1787 E. Fort Union Blvd.
Suite 200
Salt Lake City, Utah  84121

Co-Activ Capital
655 Business Center Drive
Suite 250
Horsham, PA  19044

HBS Diamonds
2 West 46th Street
Suite 504
New York, NY  10036

Alliance Leasing
10255 Higgins Road
Suite 630
Rosemont, IL  60018

Ed Coyne
642 Townsbury Road
Great Meadows, NJ  07838

Horizon Blue Cross Blue Shield
P.O. Box 1738
Newark, NJ  07101-1738

Altec Capital Services, LLC
33 Inverness Center Parkway
Suite 200
Birmingham, AL  35242

EFP, Div. of Altec
33 Inverness Center Parkway
Suite 200
Birmingham, AL  35242

ICB Leasing Corp.
551 Fifth Avenue
New York, NY  10176

Bank of the West
P.O. Box 4002
Concord, CA  94545-4002

Ephraim Likerman
25 Spinning Wheel Lane
Dix Hills, NY  11746

IFC Credit Corp.
8700 Waukegan Road
#100
Morton Grove, IL  60175

BB&T Equipment Finance
5130 Parkway Plaza Boulevard
Charlotte, NC  28217

First Personal Bank
14701 Ravinia Avenue
Orland Park, IL  60462

IFES Ltd.
324 Avenida de la Estrella
San Clemente, CA  92672

Burgeon Capital, LLC
740 Glen Cove Road
Glen Head, NY  11545

First Premiere Capital, LLC
5201 Eden Avenue
Suite 180
Edina, MN  55436

Imperial Pearl Syndicates
795 Waterman Avenue
East Providence, RI  02914-171

Butler Capital
215 Schilling Circle
Suite 100
Hunt Valley, MD  21030-0677

Gary Hanauer
764 Collier Drive
San Leandro, CA  94577

Interchange Capital Co., LLC
397 E. 54th Street
Elmwood Park, NJ  07407

Cablevision
P.O. Box 371378
Pittsburgh, PA  15250-7378

GE Capital Leasing
10 Riverview Drive
Danbury, CT  06810

Internal Revenue Service
Special Procedures
955 S. Springfield Avenue
Springfield, NJ  07081

Churchill
NW-8178
P.O. Box 1450
Minneapolis, MN  55485-8178

Global Vantage Ltd.
2424 SE Bristol Street
Suite 280
Newport Beach, CA  92660

Interweave Press
201 East Fourth Street
Loveland, CO  80537

Churchill Technology Finance
NW-8178
P.O. Box 1450
Minneapolis, MN  55485-8178

Harwood Lloyd, LLC
130 Main Street
Hackensack, NJ  07601

Jack Nelson Posner, Esq.
1100 Franklin Avenue
Suite 205
Garden City, NY  11530

Jeff Jacobi
300 Midland Court
West New York, NJ  07093

National Machine Tool Finance
80 North Gordon
Elk Grove, IL  60007

Prime Alliance
1868 South 500 West
Woods Cross, Utah  84087


Key Equipment Finance
11030 Circle Point Road
2nd Floor
Westminster, CO  80020

NJ Attorney General
25 Market Street
P.O. Box 112
Trenton, NJ  08625-0112

Prime Alliance Bank, Inc.
1868 South 500 West
Woods Cross, Utah  84087


Lawrence Erlbaum
22 Forest Ridge Road
UpperSaddleRiver, NJ  07458

NJ Dept. of Labor & Workforce
John Fitch Plaza
P.O. Box 110
Trenton, NJ  08625-0110

RDI Trading
740 Sansom Street
Suite 304
Philadelphia, PA  19106


Links of London
295 Madison Avenue
41st Floor
New York, NY  10017

NJ Division of Taxation
50 Barrack Street
P.O. Box 269
Trenton, NJ  08625-0269

Republic Bank Inc.
801 North 500 West
Suite 103
West Bountiful, Utah  84087


M&I Equipment Finance
250 E. Wisconsin Avenue
Suite 1400
Milwaukee, WI  53202

North Jersey Media Group
1 Garret Mountain Plaza
6th Floor
West Paterson, NJ  07424-0471

Ridgewood Water
131 North Maple Avenue
Level 5
Ridgewood, NJ  07450


Main Street Bank
23970 U.S. Highway 59 North
Kingwood, TX  77339

OFC Capital Corporation
576 Colonial Park Drive
Suite 200
Roswell, GA  30075

Royal Bank
9226 S. Commercial Avenue
Chicago, IL  60617


Memoire
1551 E. Genesee Street
Suite 300
Skaneateles, NY  13152

Olympic Diamond
580 Fifth Avenue
Suite 1200
New York, NY  10036

Schofer Germany
Freiburger Str.
75178
Pforzheim, Germany


Mr. Baguette
535 Fifth Avenue
30th Floor
New York, NY  10017

Packaging Specialties
101 North 8th Street
Kenilworth, NJ  07033

Somerset Leasing
1087 Broad Street
Suite 301
Bridgeport, CT  06604


MSC Industrial
75 Maxess Road
Melville, NY  11747

Phil Rosen
16 Lorraine Drive
Pine Brook, NJ  07058

Sovereign Bank
P.O. Box 14833
Reading, PA  19612


National City Comm'l Capital
995 Dalton Avenue
Cincinnati, Ohio  45203

Piero Milano
P.O. Box 120989
Staten Island, NY  10312

Star Financial
P.O. Box 80508
Indianapolis, IN  46280-0508

Star Financial
3610 River Crossing Parkway
#100
Indianapolis, IN  46240

U.S. Bancorp-Manifest Funding
1450 Channel Parkway
Marshall, MN  56258

Sterling Bank Leasing
P.O. Box 1570
New York, NY  10008-1570

Varilease Finance Inc.
6340 South 3000 East
Suite 250
Salt Lake City, Utah  84121

Studebaker-Worthington Leasing
100 Jericho Quadrangle
Jericho, NY  11753

Velocity Financial Group
10255 Higgins Raod
Suite 630
Rosemont, IL  60018

Susquehanna Commercial Finance
1566 Medical Drive
Suite 201
Pottstown, PA  19464-0274

Verizon
P.O. Box 4833
Trenton, NJ  08650-4833

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ  08034

Wells Fargo Equipment Finance
733 Marquette Avenue
Suite 700
Minneapolis, MN  55402

TD Equipment Finance
P.O. Box 5000
Lewistown, ME  04243-5000

West Suburban Bank
1310 Madrid Street
Suite 103
Marshall, MN  56258

Tetra Financial Group
3165 East Millrock Drive
Suite 400
Salt Lake City, Utah  84121

Westover Financial
400 N. Tustin Avenue
Suite 140
Santa Ana, CA  92705

Texas Capital
5800 Granite Parkway
Suite 150
Plano, TX  75024

Triple A Courier
P.O. Box 1307
Long Island City, NY  11101

Tristar Capital
6 Hutton Centre
Suite 840
Santa Ana, CA  92707